mdafp
MORRIS DUFFY ALONSO FALEY & PITCOFF

KEVIN G. FALEY
ANDREA M. ALONSO □
KENNETH E. PITCOFF
PATRICIA E. PERMAKOFF
KEVIN F. MAHON
MICHAEL V. CAMPANILE
LINA C. ROSSILLO
JAMES A. PANNONE □
EDWARD J. HARRINGTON
WILLIAM J. MANNING, JR.
DONNA M. WHITE
MARK A. HEALY
ALLYSON P. LUBELL
GAIL S. KARAN
JENNA L. MASTRODDI □
ELIZABETH A. FILARDI
IRYNA S. KRAUCHANKA
DORIS RIOS DUFFY
JEOUNGSON KIM
CHRISTOPHER R. INVIDIATA
REBECCA J. ROSEDALE □
CRISTINA SOLLER
AMANDA M. ZEFI □
LAWTON W. SQUIRES
ROBERT E. O'CONNOR
ALFRED R. HINTZ
BRIAN T. DEVENEY
EUGENE O. MORENUS
CHRISTOPHER M. ROGERS
DAWN C. FAILLACE-DILLON
JUSTIN E. ANGELINO

101 GREENWICH STREET
NEW YORK, NY 10006
(212) 766-1888
FAX (212) 766-3252
WWW.MDAFNY.COM

NASSAU
1 OLD COUNTRY ROAD
CARLE PLACE, NY 11514

SUFFOLK
ONE HUNTINGTON QUADRANGLE
MELVILLE, NY 11747

WESTCHESTER
445 HAMILTON AVE
WHITE PLAINS, NY 10

GREENE
11 WHISPER CREEK D
WINDHAM, NY 124

NEW JERSEY
744 FLOYD STREET
ENGLEWOOD CLIFFS, NJ

GEORGE APRILAKIS
SAMAN ASLAM
ROBERT J. BARD
ALDO CAIRA
LAUREN CASPARIE
SUEY K. CHUNG □
JOAN M. COCHA □
JOSH CORTAVARRIA
MICHAEL A. CZOLACZ
ARDINEZ A. DOMGJONI □
VINCENT D. FINNEGAN
FRANK H. FOSTER
LYNN GOLDER
IRA E. GOLDSTEIN
ELIZABETH A. GRIFFIN
MARITANNA ISAKOV
CHARLES M. KERR
JOSE M. LASPRILLA

GREGORY S. NELSON
BRIAN R. O'CONNOR
ANTHONY PALMIOTTO
TAMAR S. PELTZ
PATRICK PRAGER
TIMOTHY PRYOR
PATRICK REILLY
ROBERT J. REILLY
DANIELLE J. REISS +
RASLEEN K. SAHNI
TATIANA SAMSONOVA-BELLO
YEKATERINA SAPSON □
STEPHEN L. SCHIOPPI
DAVINDERPAL SINGH
GARY M. SUNSHINE
DAVID J. TAMKE
INNA V. TERES
VIKTORIYA UKHOVA
VICARIO ^
ATHERS ^
HITBECK

NY AND NJ
ED IN NJ
N NY AND PA
NY, NJ AND PA

NSEL
(1925-2023)
TITOWSKY

Application for a stay denied.

The parties' alternative request for an extension of time to submit pre-trial materials is granted. The time to submit pre-trial materials in accordance with the Court's Individual Practices Rules 6(A) and 6(B) is extended to December 11, 2026.

The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 61.

SO ORDERED.

________________________
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
November 4, 2026

**VIA ECF**
Honorable Philip M. Halpern
United States District Court Southern District
300 Quarropas Street
White Plains, New York 10601-4150

*Re:* ***Batista-Perez v. Town of Chester, et al.***
*Docket No.: 24-cv-01286 (PMH)*

Your Honor:

We represent the defendants, the Town of Chester and Linda Zappala, in this matter. We write, with the plaintiff's consent, to request that this matter be stayed as the defendants have filed an appeal of the summary judgment decision as it relates to qualified immunity for the defendant, Linda Zappala. See Doc. No. 57. This is the first request for a stay.

In the alternative, if the Court is not inclined to stay the matter while the appeal is heard, the parties would request that the deadline for trial submissions be extended to December 11, 2026. This is the second request for an extension of this deadline, which is currently set for November 6, 2026. The first request was granted. This second request is being made as the parties have scheduled a settlement conference with Judge Krause for November 23, 2026.

Thank you for your consideration to this request.

Respectfully submitted,

CRISTINA A. SOLLER

***cc: all counsel of record VIA ECF***